IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

COMMODITY FUTURES
TRADING COMMISSION,

    Plaintiff,

-against-    :    05 CIV 4189 (MBM)

LARRY M. WEBMAN, et al.

    Defendants.

## ORDER GRANTING MOTION TO ADMIT
## MICHAEL J. FINGAR PRO HAC VICE

**WHEREAS** Defendant LYLE WEXLER has filed a motion to admit Michael J. Fingar pro hoc vice in this matter, and

**WHEREAS** Michael J. Fingar is a member in good standing of The Florida Bar and the bars of the U.S. District Courts for the Southern and Middle Districts of Florida;

**NOW, THEREFORE, IT IS ORDERED,** pursuant to Local Rule 1.3(c), that Michael J. Fingar is admitted to this Court pro hoc vice for the purpose of entering appearances, signing pleadings and

05 CIV 4185 (MBM)

stipulations and receiving payments by judgment, decree, or order on behalf of Defendant LYLE WEXLER in this matter.

SO ORDERED THIS _27th_ DAY OF ~~AUGUST~~, 2005.

_____
UNITED STATES DISTRICT JUDGE